UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL REILLY,

                Plaintiff,

vs.                          Case No.   2:05-cv-330-FtM-33SPC

WACHOVIA BANK,

                Defendant.
_____

**ORDER**

This matter comes before the Court on Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #4) filed on August 22, 2005, recommending: (1) that the Motion to Proceed Without Payment of Filing Fee should be denied; and (2) that Plaintiff's complaint should be dismissed without prejudice for failing to properly state a claim upon which relief can be granted. The Plaintiff filed objections to the Report and Recommendation (Doc. #5) on August 29, 2005.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the

district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).

For those issues that have not been specifically objected to, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law and those matters to which objections were filed, the Court accepts the factual findings and legal conclusions of the magistrate judge. The Court therefore accepts the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #4) is **ACCEPTED** and **ADOPTED** and

Plaintiff's Objections to the Report and Recommendation (Doc. #5) are **OVERRULED**.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>14th</u> day of September, 2005.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record